UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEN YU,

            Plaintiff,

    v.

MEESHA SIDHU,

            Defendant.

Case No. C25-5203-JNW-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Defendant has filed a motion to dismiss Plaintiff's claims, noting September 25, 2025 (dkt. # 21), and a motion to seal, noting September 16, 2025 (dkt. # 26). The Clerk is directed to renote the motion to seal (dkt. # 26) for **September 25, 2025**. Plaintiff's responses to both motions are due **September 18, 2025**, and Defendant's replies in support of the motions are due **September 25, 2025**.

Dated this 8th day of September, 2025.

            Ravi Subramanian
            Clerk of Court

        By: Tim Farrell
            Deputy Clerk

MINUTE ORDER - 1