UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| WEN YU, | | |
| | Plaintiff, | Case No. C25-5203-JNW-MLP |
| v. | | MINUTE ORDER |
| MEESHA SIDHU, | | |
| | Defendant. | |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This Court previously struck a motion filed by non-party Yinghua Chen purportedly on behalf of Plaintiff because Ms. Chen identified no authority to act on his behalf. (*See* dkt. ## 13, 25.) Ms. Chen has now filed two additional motions purportedly on Plaintiff's behalf. (Dkt. ## 31-32.) For the reasons explained in the Court's prior Order (dkt. # 25), these additional motions (dkt. ## 31-32) are hereby STRICKEN.

On September 25, 2025, Plaintiff filed a response to Defendant's motion to dismiss. (Dkt. # 34.) Significant portions of the response are written in a language other than English. (*Id.* at 2-3.) For the Court to be able to consider Plaintiff's full response, it must be written in English.

MINUTE ORDER - 1

Accordingly, Plaintiff is ORDERED to file his response in English by **October 31, 2025**.

Defendant may file an optional reply brief by **November 14, 2025**.

Dated this 29th day of September, 2025.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2