1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEN YU,

                        Plaintiff,

        v.

MEESHA SIDHU,

                        Defendant.

Case No. C25-5203-JNW-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on Plaintiff's *ex parte* motion for permission to file documents using the Court's Case Management/Electronic Case Filing system ("CM/ECF").[1] (Dkt. # 43.) Court leave is not required to sign up for or utilize CM/ECF. Plaintiff is directed to the Court's website for more information, and may sign up if he meets all of the requirements. *See* https://www.wawd.uscourts.gov/representing-yourself-pro-se (last accessed Oct. 7, 2025).

The Clerk is directed to send a copy of this Order to Plaintiff along with copies of the Court's Pro Se CM/ECF Registration Manual and Pro Se Registration Form for CM/ECF.

---

[1] Although the motion is entitled "Motion to Perfect Service," the relief sought relates to filing documents via CM/ECF, not service of the summons and complaint. (*See* dkt. # 43.)

MINUTE ORDER - 1

Dated this 7th day of October, 2025.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2