UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEN YU,

               Plaintiff,

   v.

MEESHA SIDHU,

               Defendant.

Case No. C25-5203-JNW-MLP

ORDER AMENDING BRIEFING SCHEDULE

This matter is before the Court on a motion for extension of time filed on behalf of Plaintiff Wen Yu. (Mot. (dkt. # 48).) The Motion was filed on October 31, 2025, by attorney Ronald G. Rossi, who indicates he was retained for the limited purpose of advising Plaintiff on the pending motions and deadlines and filing the Motion.[1] (*Id.* at 1-2.) On November 4, 2025, the Clerk's Office posted a letter advising that Mr. Rossi had not properly appeared in the action and that notices of electronic filing would not be sent until corrected. (Dkt. # 50.)

Plaintiff seeks an extension of time to November 21, 2025, to respond to Defendant Meesha Sidhu's motion to dismiss (dkt. # 21), with Defendant's reply due December 5, 2025.

---

[1] It is unclear whether Mr. Rossi met and conferred with Defendant's counsel prior to filing the Motion. Counsel are reminded to adhere to Chambers Procedures, available on the Court's website.

ORDER AMENDING BRIEFING SCHEDULE - 1

(Mot. at 4.) Based on Plaintiff's Motion, and that Defendant has filed no opposition, the Court finds good cause for an extension.[2] Accordingly, the Court ORDERS as follows:

(1) Plaintiff's Motion (dkt. # 48) is GRANTED. Plaintiff's response to Defendant's motion to dismiss is due on or before **November 21, 2025**, and Defendant's optional reply is due **December 5, 2025**.

(2) The Clerk is directed to renote Defendant's motion to dismiss (dkt. # 21) to **December 5, 2025**, and to send copies of this Order to Plaintiff, to Mr. Rossi at rgr@vihc.com, to counsel for Defendant, and to the Honorable Jamal N. Whitehead.

Dated this 12th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[2] The Motion did not address Defendant's pending motions to seal and to compel, to which responses were due October 31, 2025, and optional replies remain due November 14, 2025. (*See* dkt. ## 26, 35, 37.)

ORDER AMENDING BRIEFING SCHEDULE - 2