UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEN YU,

                Plaintiff,

      v.

MEESHA SIDHU,

                Defendant.

Case No. C25-5203-JNW-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Defendant's Motion to Dismiss (dkt. # 21) is GRANTED in part. The first and second counts in Plaintiff's Amended Complaint (dkt. # 6) are dismissed.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

//

ORDER - 1

Dated this 4th day of February 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2