UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEN YU,

                Plaintiff,

      v.

MEESHA SIDHU,

                Defendant.

Case No. C25-5203-JNW-MLP

ORDER

On March 6, 2026, this Court held a hearing on the parties' motion pursuant to Local Civil Rule 7(i). (*See* dkt. # 64.) This Order memorializes the Court's oral rulings.

(1)     Plaintiff's motion for a 60-day extension to the discovery deadline (dkt. # 62) is GRANTED to enable Plaintiff to propound one set of written discovery requests and to depose Defendant. All such discovery shall be completed by **May 5, 2026**.

(2)     By **March 10, 2026**, Defendant shall produce to Plaintiff's counsel all information in its care, custody, or control that is relevant to the claims or defenses at issue in this case. To the extent this information includes Plaintiff's medical records, this Court finds that such records are relevant and material to the issues before the Court; that the requested disclosure is narrowly tailored to the needs of this proceeding; and that a judicial order

ORDER - 1

authorizing such disclosure is warranted and is hereby issued. *See* 45 C.F.R. § 164.512(e)(1)(i) ("A covered entity may disclose protected health information in the course of any judicial or administrative proceeding [i]n response to an order of a court or administrative tribunal, provided that the covered entity discloses only the protected health information expressly authorized by such order[.]").

(3)    By **March 17, 2026**, Plaintiff shall propound written discovery requests in compliance with the Federal and Local Rules of Civil Procedure. Defendant shall have **thirty (30) days** to respond to such requests.

(4)    The deadline to file dispositive motions is extended by 60 days, to **June 8, 2026**.

(5)    Plaintiff's Motion to Extend Case Deadlines (dkt. # 61) is DENIED as moot.

The Clerk is directed to send copies of this order to the parties and to the Honorable Jamal N. Whitehead.

Dated this 6th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2