The Honorable JAMAL N. WHITEHEAD
US Magistrate Judge MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| WEN YU,<br><br>Plaintiff,<br><br>v.<br><br>MEESHA SIDHU,<br><br>Defendant. | Case No. C25-5203-JNW-MLP<br><br>**STIPULATED MOTION AND**<br><br>**[PROPOSED] ORDER EXTENDING**<br><br>**DEADLINE FOR PLAINTIFF'S**<br><br>**OPPOSITION TO DEFENDANT**<br><br>**SIDHU'S MOTION FOR SUMMARY**<br><br>**JUDGMENT (DKT. 66)**<br><br>NOTE ON MOTION CALENDAR:<br>July 20, 2026 |

1. On June 8, 2026, Defendant filed his Motion for Summary Judgment (Dkt. 66), noted on the motion calendar for July 6, 2026.

2. Under Local Civil Rule 7(d)(3) of the Western District of Washington, Plaintiff's opposition to Defendant's Motion for Summary Judgment is currently due on June 29, 2026.

3. The parties have agreed to modify the briefing schedule for Defendant's Motion for Summary Judgment (Dkt. 66) as set forth below.

4. This is Plaintiff's first request to extend this deadline, and it does not affect any trial date or other deadline set by the Court's Scheduling Order.

5. The parties therefore stipulate to the following adjusted briefing schedule for Defendant's Motion for Summary Judgment (Dkt. 66):

| Brief | Current Deadline | Adjusted Deadline |
|---|---|---|
| Plaintiff's Opposition | June 29, 2026 | July 13, 2026 |
| Defendant's Reply | July 6, 2026 | July 20, 2026 |
| | | |

6.    The parties respectfully request that the Court enter the Proposed Order below approving this stipulation and continuing the noting date for Dkt. 66 to July 20, 2026.

**Dated this 29th day of June, 2026.**

Presented by:

**ROSSI & CO., P.C.**

By: /s/ Ronald G. Rossi

Ronald G. Rossi, WSBA No. 54720

616 33rd Ave NW | Gig Harbor, WA 98335

Telephone: (303) 222-0300

rgr@vihc.com

Attorney for Plaintiff Wen Yu

Approved as to form:

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON

By: /s/ Marko Pavela

Marko Pavela, WSBA No. 49160

Anthony Czar, WSBA No. 62234

Assistant Attorneys General

7141 Cleanwater Drive SW | PO Box 40124

Olympia, WA 98504-0124

Telephone: (360) 586-6565

marko.pavela@atg.wa.gov

anthony.czar@atg.wa.gov

Attorneys for Defendant Meesha Sidhu

*Defendant does not oppose the extension of deadlines set forth herein but does not stipulate to the facts or circumstances described by Plaintiff in support thereof.*

[PROPOSED] ORDER

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiff Wen Yu and Defendant Meesha Sidhu, and the Court having reviewed the same and being fully advised:

IT IS HEREBY ORDERED that the briefing schedule for Defendant's Motion for Summary Judgment (Dkt. 66) is modified as follows:

Plaintiff's Opposition: due July 13, 2026

Defendant's Reply: due July 20, 2026

The noting date for Dkt. 66 is continued to July 20, 2026, or such other date as the Court may set.

DATED this 30th day of June, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge