UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WEN YU,<br><br>Plaintiff,<br><br>v.<br><br>MEESHA SIDHU,<br><br>Defendant. | Case No. C25-5203-JNW-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant's Motion for Summary Judgment (dkt. # 66) is GRANTED. Plaintiff's claims and this action are DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

//

Dated this 25th day of August 2026.

Jamal N. Whitehead
United States District Judge